1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15

| JAIME MONTALVO RUIZ, | Case No. 2:23-cv-06792-AB-MAR |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| B. BIRKHOLZ, | |
| Respondent. | |

16

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records

18   on file, and the Report and Recommendation of the United States Magistrate Judge.

19   No objections have been filed.  The Court accepts the findings and recommendation

20   of the Magistrate Judge.

21      **IT IS THEREFORE ORDERED** that Judgment be entered (1) denying the

22   Petition and (2) directing Judgment be entered dismissing this action without

23   prejudice.

24

25   Dated: January 29, 2024

26

27                              HONORABLE ANDRÉ BIROTTE JR.

28                              United States District Judge