UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME MONTALVO RUIZ, | Case No. 2:23-cv-06792-AB-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| B. BIRKHOLTZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** without prejudice.

Dated: January 29, 2024

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge